In the Matter of the Application of Anna O'Connor, also Known as Anna Rogers, by Her General Guardian, Kate Robinson, for the Revocation of Letters of Administration Granted to John Connor, etc.— Decree affirmed on reargument, with costs to the respondent payable out of the estate. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Sarah Helen Knight, Respondent, v. American Pipe and Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Frederick N. Lewis, Appellant, v. The City of New York, Respondent. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton. JJ., concurred.

Catherine O'Rourke, Respondent, v. Cunard Steamship Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Plandome Heights Company, Respondent, v. Charles Franklin Nugent, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Catherine J. Meanley, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Jacob Schelling, as Administrator, etc., Appellant, v. Brooklyn, Queens County and Suburban Railroad Company and Transit Development Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.